IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



**LORETTA WILLIAMS-BROWN**                                           **PLAINTIFF**

**VS.**                                        **CIVIL ACTON NO. 5:07CV121 DCB-JMR**

**WAL-MART STORES EAST, LP**                                    **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Loretta Williams-Brown, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this, the 3rd day of November, 2007.

                                                        UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

s/ Dean Andrews, Jr.
Dean Andrews, Jr.
Attorney for Plaintiff


s/ Thomas M. Louis
Thomas M. Louis (MSB #8484)
Attorney for Defendants


Agreed Judgment of Dismissal.wpd